E-FILED: **10/28/2008**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **JAMES ALBERT McKINES,** | ) | No. CV 08-4993-GHK(CT) |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| **J. L. NORWOOD, Warden,** | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and the case is dismissed with prejudice.

DATED:   10/26/08

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE